IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DESHANTA BREWSTER, Individually and**             **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.             No. 2:22-cv-12220-MFL-DRG

**MISSION POINT MANAGEMENT SERVICES, LLC**             **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

       I was employed by Mission Point Management Services, LLC, at the Clawson facilities in June of 2022 and/or July of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for liquidated damages on late wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Katrina Quattlebaum*
SIGNATURE

Katrina Quattlebaum
PRINTED NAME

Date: 05.03.2023 , 2022

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MAY 24, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DESHANTA BREWSTER, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.            No. 2:22-cv-12220-MFL-DRG

**MISSION POINT MANAGEMENT SERVICES, LLC**            **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

      I was employed by Mission Point Management Services, LLC, at the Clawson facilities in June of 2022 and/or July of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for liquidated damages on late wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Jasmine Riggins_
SIGNATURE

Jasmine Riggins
PRINTED NAME

Date: 05.03.2023 , 2022

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MAY 24, 2023**

## **CERTIFICATE OF SERVICE**

      I, Josh Sanford, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the document to which this certificate has been appended was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

William E. Altman, Esq.
Sarah G. Bennett, Esq.
FISHER & PHILLIPS LLP
300 Park Street, Suite 370
Birmingham, MI 48009
(248) 540-8019
sbennett@fisherphillips.com
waltman@fisherphillips.com
Attorneys for Defendant

                                            */s/ Josh Sanford*
                                            **Josh Sanford**