IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DESHANTA BREWSTER, Individually and**                  **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                        No. 2:22-cv-12220-MFL-DRG

**MISSION POINT MANAGEMENT SERVICES, LLC**             **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Mission Point Management Services, LLC, at the Clawson facilities in June of 2022 and/or July of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for liquidated damages on late wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

KATHRYN CARLAND
PRINTED NAME

Date: 5/2/23 , 2022

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MAY 24, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DESHANTA BREWSTER, Individually and
on Behalf of All Others Similarly Situated**                    **PLAINTIFF**

vs.                              No. 2:22-cv-12220-MFL-DRG

**MISSION POINT MANAGEMENT SERVICES, LLC**                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Mission Point Management Services, LLC, at the Clawson facilities in June of 2022 and/or July of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for liquidated damages on late wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_[signature]_
SIGNATURE

Dewanda Jones
PRINTED NAME

Date: May 2, 2023



Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE MAY 24, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DESHANTA BREWSTER, Individually and on Behalf of All Others Similarly Situated**                                    **PLAINTIFF**

vs.                       No. 2:22-cv-12220-MFL-DRG

**MISSION POINT MANAGEMENT SERVICES, LLC**                                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Mission Point Management Services, LLC, at the Clawson facilities in June of 2022 and/or July of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for liquidated damages on late wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_[signature]_
SIGNATURE

MARION MCGEE
PRINTED NAME

Date: June , 2022

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE MAY 24, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DESHANTA BREWSTER, Individually and**      **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.      No. 2:22-cv-12220-MFL-DRG

**MISSION POINT MANAGEMENT SERVICES, LLC**      **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Mission Point Management Services, LLC, at the Clawson facilities in June of 2022 and/or July of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for liquidated damages on late wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Michelle Walker*
SIGNATURE

MICHELLE WALKER
PRINTED NAME

Date: 5-2-2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE MAY 24, 2023**

## **CERTIFICATE OF SERVICE**

I, Josh Sanford, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the document to which this certificate has been appended was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

William E. Altman, Esq.
Sarah G. Bennett, Esq.
FISHER & PHILLIPS LLP
300 Park Street, Suite 370
Birmingham, MI 48009
(248) 540-8019
sbennett@fisherphillips.com
waltman@fisherphillips.com
Attorneys for Defendant

/s/ Josh Sanford
**Josh Sanford**