UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHANTA BREWSTER,

      Plaintiff,                                  Case No. 22-cv-12220
                                                    Hon. Matthew F. Leitman

v.

MISSION POINT MANAGEMENT
SERVICES, LLC,

      Defendant.
_____/

**<u>STIPULATED ORDER TO EXTEND DISCOVERY DEADLINE</u>**

This matter having come before this Court upon the stipulation of Plaintiff and Defendant that the fact discovery deadline be extended 90 days up to and including August 22, 2023.

The Court entered its Scheduling Order in this case on November 22, 2022. ECF No. 10, setting the fact discovery deadline for May 22, 2023.

On January 26, 2023, this Court granted Plaintiff's Motion for Conditional Certification and Notice to Class Members (ECF No. 14). In its text Order, per the Parties agreement, this Court granted collective members 90 days after the mailing of the Notice to return their Consent Forms for filing with the Court, resulting in an Opt-in period deadline of May 24, 2023. *Id*.

With the Opt-in period remaining open until May 24, 2023, Parties will need additional time for discovery related to any Opt-in Plaintiffs that have not yet returned their Consent Forms.

In light of the above, Parties requests a 90-day extension of the discovery deadline, up to and including August 22, 2023. Parties makes this request in good faith; this stipulation is made for good cause and not for the purpose of delay

IT IS HEREBY ORDERED that based upon the stipulation of counsel for the parties, that the fact discovery deadline is extended up to and including August 22, 2023.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 16, 2023

STIPULATED AND AGREED TO:

| | |
|---|---|
| */s/ Josh Sanford* | */s/ William E. Altman* |
| SANFORD LAW FIRM, PLLC | FISHER & PHILLIPS LLP |
| Josh Sanford (Ark. Bar No. 2001037) | William E. Altman (P52788) |
| Kirkpatrick Plaza | Sarah G. Bennett (P85806) |
| 10800 Financial Centre Pkwy, | 300 Park Street, Suite 370 |
| Suite 510 | Birmingham, Michigan 48009 |
| Little Rock, Arkansas 72211 | waltman@fisherphillips.com |
| josh@sanfordlawfirm.com | sbennett@fisherphillips.com |
| (501) 221-0088 | (248) 540-8019 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |