IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DESHANTA BREWSTER, Individually and**                          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                 No. 2:22-cv-12220-MFL-DRG

**MISSION POINT MANAGEMENT SERVICES, LLC**                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Mission Point Management Services, LLC, at the Clawson facilities in June of 2022 and/or July of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for liquidated damages on late wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Jacqueline Anderson/ Ellington*

SIGNATURE

Jacqueline Anderson/ Ellington
PRINTED NAME



Date: 05.19.2023            , 2022

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

## IMPORTANT: RETURN FOR FILING BEFORE MAY 24, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DESHANTA BREWSTER, Individually and**                                **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 2:22-cv-12220-MFL-DRG

**MISSION POINT MANAGEMENT SERVICES, LLC**                             **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

      I was employed by Mission Point Management Services, LLC, at the Clawson facilities in June of 2022 and/or July of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for liquidated damages on late wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Genorise Granberry*
_____
SIGNATURE

  Genorise Granberry
_____
PRINTED NAME



Date: __05.15.2023_____, 2022

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE MAY 24, 2023

Document Ref: 4NVFB-RMJVP-DXQZV-6VMFZ

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DESHANTA BREWSTER, Individually and**                                 **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                            No. 2:22-cv-12220-MFL-DRG

**MISSION POINT MANAGEMENT SERVICES, LLC**                      **DEFENDANT**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

      I was employed by Mission Point Management Services, LLC, at the Clawson facilities in June of 2022 and/or July of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for liquidated damages on late wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Teresa Williams-Julian*
_____
SIGNATURE

  Teresa Williams-Julian
_____
PRINTED NAME



Date: _05.19.2023_____, 2022

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE MAY 24, 2023**

Document Ref: B2ZPD-AN39X-WCMNM-NNKOU

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the document to which this certificate has been appended was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

William E. Altman, Esq.
Sarah G. Bennett, Esq.
FISHER & PHILLIPS LLP
300 Park Street, Suite 370
Birmingham, MI 48009
(248) 540-8019
sbennett@fisherphillips.com
waltman@fisherphillips.com
Attorneys for Defendant

/s/ Josh Sanford
**Josh Sanford**