IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHANTA BREWSTER, Individually and
on Behalf of All Others Similarly Situated                                                      PLAINTIFF

vs.                              No. 2:22-cv-12220-MFL-DRG

MISSION POINT MANAGEMENT SERVICES, LLC                                         DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Mission Point Management Services, LLC, at the Clawson facilities in June of 2022 and/or July of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for liquidated damages on late wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Susan Asbury*
SIGNATURE

SUSAN ASBURY
PRINTED NAME

Date: 5/20/23 , 2022

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MAY 24, 2023**

**NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES**

METROPLEX MI 480
22 MAY 2023 PM 3 L

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 259    LITTLE ROCK, AR

POSTAGE WILL BE PAID BY ADDRESSEE

**SANFORD LAW FIRM PLLC**
10800 FINANCIAL CENTRE PKWY STE 510
LITTLE ROCK AR 72211-9955