UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHANTA BREWSTER,

      Plaintiff,                                  Case No. 22-cv-12220
                                                    Hon. Matthew F. Leitman

vs.

MISSION POINT MANAGEMENT
SERVICES, LLC,

      Defendant.
_____/

## STIPULATED ORDER TO EXTEND DISCOVERY DEADLINE

This matter having come before this Court upon the stipulation of Plaintiff and Defendant that the fact discovery deadline be extended 60 days up to and including October 20, 2023.

The Court entered a Stipulated Order in this case on May 16, 2023. ECF No. 32, setting the fact discovery deadline for August 22, 2023.

The Notice Period for Plaintiff's Motion for Conditional Certification and Notice to Class Members (ECF No. 14) ended on May 24, 2023. Counsel for Defendant has been gathering time and pay records for Plaintiff and all Opt-In Plaintiffs, in order for Plaintiff's Counsel to calculate damages and work towards sending Defendant's Counsel a settlement demand.

Plaintiff's Counsel has not yet received all time and pay records required to calculate damages for Plaintiff and Opt-In Plaintiffs. Parties require extra time to exchange and examine discovery materials in order to work towards a settlement. The Parties are working cooperatively and Defendant's Counsel anticipates the payroll data will be produced to Plaintiff's Counsel in the coming weeks.

In light of the above, Parties requests a 60-day extension of the discovery deadline, up to and including October 20, 2023. Parties makes this request in good faith; this stipulation is made for good cause and not for the purpose of delay.

**IT IS HEREBY ORDERED** that based upon the stipulation of counsel for the parties, that the fact discovery deadline is extended up to and including October 20, 2023.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  August 22, 2023

STIPULATED AND AGREED TO:

| | |
|---|---|
| */s/ Josh Sanford* | */s/ William E. Altman* |
| SANFORD LAW FIRM, PLLC | FISHER & PHILLIPS LLP |
| Josh Sanford (Ark. Bar No. 2001037) | William E. Altman (P52788) |
| Kirkpatrick Plaza | Sarah G. Bennett (P85806) |
| 10800 Financial Centre Pkwy, | 300 Park Street, Suite 370 |
| Suite 510 | Birmingham, Michigan 48009 |
| Little Rock, Arkansas 72211 | waltman@fisherphillips.com |
| josh@sanfordlawfirm.com | sbennett@fisherphillips.com |
| (501) 221-0088 | (248) 540-8019 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |