IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


**DESHANTA BREWSTER, Individually and on**                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**


vs.                              No. 2:22-cv-12220-MFL-DRG


**MISSION POINT MANAGEMENT SERVICES, LLC**            **DEFENDANT**


## JOINT NOTICE OF SETTLEMENT


Plaintiffs and Defendant submit this Notice of Settlement to apprise the Court that Plaintiffs and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiffs. The parties are in the process of finalizing settlement terms and expect to file a Joint Motion for Settlement Approval with the Court within thirty (30) days from the filing of this Notice of Settlement. Should the parties be unable to file a Joint Motion by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**DESHANTA BREWSTER, Individually**
**and on Behalf of All Others**
**Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and   DEFENDANT MISSION POINT
MANAGEMENT SERVICES, LLC**

FISHER & PHILLIPS LLP
300 Park Street, Suite 370
Birmingham, MI 48009
Telephone: (248) 540-8019

Sarah G. Bennett
State Bar No. P85806
sbennett@fisherphillips.com

*/s/ William E. Altman*
William E. Altman
State Bar No. P52788
waltman@fisherphillips.com