UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DeShanta Brewster,

                          Plaintiff(s),

v.                                              Case No. 2:22−cv−12220−MFL−DRG
                                                     Hon. Matthew F. Leitman

Mission Point Management
Services, LLC,

                          Defendant(s),

## NOTICE OF REMOTE MOTION HEARING

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Matthew F. Leitman for the following motion(s):

      Motion – #39

- MOTION HEARING:  June 6, 2024 at 09:30 AM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:**  (646) 828−7666
**MEETING ID:**    160 431 8680

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                                  By: s/Holly A Ryan
                                                     Case Manager

Dated:  May 21, 2024