UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHANTA BREWSTER

        Plaintiff,        Case No. 2:22-cv-12220
                                    Hon. Matthew F. Leitman

v.

MISSION POINT MANAGEMENT
SERVICES, LLC,

        Defendant.
_____/

## ORDER APPROVING COLLECTION ACTION SETTLEMENT

This matter came before the Court on the parties' Joint Motion for Approval of Collective Action Settlement [ECF No. 39], and the Court having heard oral argument on the matter on June 6, 2024,

**IT IS ORDERED** that the parties' Motion for Approval of Collective Action Settlement is **GRANTED** for the reasons stated on the record and the parties' Collective Action Settlement is Approved.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  June 6, 2024

Approved as to form and substance:

| **SANFORD LAW FIRM, PLLC** | **FISHER & PHILLIPS LLP** |
|---|---|
| By: */s/ Josh Sanford* | By: /s/ William E. Altman |
| John Sanford | William E. Altman (P52788) |
| Ark. Bar No. 2001037 | Sarah G. Bennett (P85806) |
| Kirkpatrick Plaza | 300 Park Street, Suite 370 |
| 10800 Financial Centre Pkwy, Suite 510 | Birmingham, MI 48009 |
| Little Rock, Arkansas 72211 | (248) 540-8019 |
| Telephone: (501) 221-0088 | sbennett@fisherphillips.com |
| Facsimile: (888) 787-2040 | waltman@fisherphillips.com |
| josh@sanfordlawfirm.com | |
| | Attorneys for Mission Point Management Services, LLC |
| Attorney for Plaintiff | |

FP 50850033.1