# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DESHANTA BREWSTER

        Plaintiff,                Case No. 2:22-cv-12220
                                                  Hon. Matthew F. Leitman

v.

MISSION POINT MANAGEMENT
SERVICES, LLC,

        Defendant.

_____/

## STIPULATED ORDER OF DISMISSAL

This matter having come before the Court on the stipulation of the parties, and the Court being fully advised in the premises,

**IT IS ORDERED** that Plaintiffs' claims against Defendant in the above-captioned matter are **DISMISSED WITH PREJUDICE** and without costs or attorney fees to any party, except as otherwise agreed. The Court retains jurisdiction of this matter to enforce the terms of any settlement agreement.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  June 6, 2024

Stipulated and agreed to:

| **SANFORD LAW FIRM, PLLC** | **FISHER & PHILLIPS LLP** |
|---|---|
| By: */s/ Josh Sanford* | By: /s/ William E. Altman |
| John Sanford | William E. Altman (P52788) |
| Ark. Bar No. 2001037 | Sarah G. Bennett (P85806) |
| Kirkpatrick Plaza | 300 Park Street, Suite 370 |
| 10800 Financial Centre Pkwy, Suite 510 | Birmingham, MI 48009 |
| Little Rock, Arkansas 72211 | (248) 540-8019 |
| Telephone: (501) 221-0088 | sbennett@fisherphillips.com |
| Facsimile: (888) 787-2040 | waltman@fisherphillips.com |
| josh@sanfordlawfirm.com | |
| Attorney for Plaintiff | Attorneys for Mission Point Management Services, LLC |

FP 50851525.2